**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Keithroy Noel CLARKE, Defendant—**
**Appellant.**

**No. 07–7312.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 28, 2007.

Keithroy Noel Clarke, Appellant Pro Se. Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keithroy Noel Clarke appeals the district court's order denying his motion for "administrative habeas corpus and petition for immediate release." We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Clarke,* No. 2:97–cr–00166–RBS (E.D.Va. July 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*